UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM CLINTON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BOARD OF POLICE COMMISSIONERS )<br>OF THE ST. LOUIS METROPOLITAN )<br>POLICE DEPARTMENT, et al., )<br>)<br>Defendant. ) | Cause No: 4:02CV01857 RWS |

## JOINT MEMORANDUM TO THE COURT OF PLAINTIFF WILLIAM CLINTON AND ARCHBISHOP JUSTIN RIGALI

On February 10, 2003, Defendant Archbishop Justin Rigali, in his representative capacity as Archbishop of the Archdiocese of St. Louis, a nonprofit unincorporated association, filed a Notice of Motion to Dismiss Count IV of Plaintiff's Complaint entitled "Negligent Supervision By Defendant Archbishop Justin Rigali Cognizable Under Missouri State Law" with the Court, and served its Motion to Dismiss on Plaintiff.

Plaintiff agrees that the Archdiocese's Motion to Dismiss Count IV for Negligent Supervision Cognizable Under Missouri State Law is well taken and seeks leave to amend Count IV against Archbishop Rigali, in his representative capacity as Archbishop of the Archdiocese of St. Louis. Defendant Archbishop Rigali, in his representative capacity as Archbishop of the Archdiocese of St. Louis consents to Plaintiff amending Count IV under Rule 15 of the Federal Rules of Civil Procedure.

Plaintiff has ten (10) days from the date of this Order to file his Amended Complaint with respect to Archbishop Rigali. Archbishop Rigali has twenty (20) days from the date Plaintiff

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 03/21/03 by kspurgeo
   4:02cv1857    Clinton vs Board of Police Comm

42:2000e  Job Discrimination (Employment)

| | |
|---|---|
| Tina Carter -   112536 | Fax: 314-241-4245 |
| Edward Goldenhersh -   3234 | Fax: 314-241-8624 |
| Frank Kaveney -   3527 | Fax: 314-862-4484 |
| Judith Ronzio -   7301 | Fax: 314-622-4956 |
| Richard Swatek -   4509 | Fax: 314-436-2002 |