RECEIVED

MAY · 1 2003

J. S. DISTRICT COURT
EASTERN DISTRICT OF M(
St. Louis

FILED

MAY - 2 2003

U. S. DISTRICT COURT
EASTERN DISTRICT OF

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

WILLIAM CLINTON, )
)
        Plaintiff, )
)
v. )
)
BOARD OF POLICE COMMISSIONERS )
OF )
THE ST. LOUIS METROPOLITAN )
POLICE )
DEPARTMENT, comprised of: )
)
MARK SMITH, President, )   Cause No. 4 02CV01857RWS
MARY E. NELSON, Vice-President, )
SUSAN C.J. ROLLINS, Treasurer, )
BARTHOLOMEW SARACINO, )
      Purchasing Member, and )
HON. FRANCIS SLAY, *Ex Officio* )
Member, )
)
and )
)
REV. MAURICE NUTT, )
)
and )
)
ARCHBISHOP JUSTIN RIGALI, )
)
      Defendants. )

*Leave to file granted*
*[signature]*
*5/2/03*

## ANSWER AND AFFIRMATIVE DEFENSES OF
### DEFENDANT REV. MAURICE NUTT, C.Ss.R.
### TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant, Rev. Maurice Nutt, by and through his attorney Frank J. Kaveney of the firm

of Schmitz, Kopman, Kaveney & Markham, P.C., hereby answers Plaintiff's Second Amended

Complaint as follows:



AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 05/06/03 by doleary
                    4:02cv1857     Clinton vs Board of Police Comm

42:2000e  Job Discrimination (Employment)

Tina Carter -  112536            Fax: 314-241-3643
Edward Goldenhersh -  3234       Fax: 314-241-3643
Frank Kaveney -  3527            Fax: 314-862-4484
Judith Ronzio -  7301            Fax: 314-622-4956
Richard Swatek -  4509           Fax: 314-436-2002

