IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM CLINTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 4:02CV01857RWS |
| | ) |
| BOARD OF POLICE COMMISSIONERS OF THE ST. LOUIS METROPOLITAN POLICE DEPARTMENT, *et al.,* | ) ) ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon application by Plaintiff Clinton and Defendant Archdiocese, the Court finds the medical records of Plaintiff Clinton are reasonably necessary for litigation in the instant case; therefore,

**IT IS HEREBY ORDERED** that Personnel Assistance Services, 9735 Landmark Parkway, St. Louis, MO 63127, **shall** forthwith furnish to Attorneys Edward M. Goldenhersh and/or Richard L. Swatek any and all of those medical records of William Clinton as previously authorized by William Clinton on October 4, 2003.

SO ORDERED:

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 24th day of November, 2003