UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

WILLIAM CLINTON, )
 )
    Plaintiff, )
 )
vs. ) Case No. 4:02CV01857 RWS
 )
BOARD OF POLICE COMMISSIONERS OF )
ST. LOUIS, REV. MAURICE NUTT, and )
THE ARCHDIOCESE OF ST. LOUIS, )
 )
    Defendant. )

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

In accordance with the Court's <u>Order Referring Case to ADR</u>,

☒ **An ADR conference was held on: December 16, 2003.**

☒ All required individuals, parties, corporate representatives, and/or claims professionals attended and participated in the ADR conference, and each possessed the requisite settlement authority;

☐ The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

_____

_____

The ADR referral was concluded on December 16, 2003 and the parties [ ☒ did  ☐ did not] achieve a settlement.

☐ Although this case was referred to ADR, a conference <u>WAS NOT HELD</u>.

Comments: _____

Date: _____12/17/03_____     _____/s/ Brinker/y_____
                                                         Neutral

2234400