IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM CLINTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 4:02CV01857RWS |
| | ) |
| BOARD OF POLICE COMMISSIONERS OF | ) |
| THE ST. LOUIS METROPOLITAN POLICE | ) |
| DEPARTMENT, *et al.,* | ) |
| | ) |
| Defendants. | ) |

### MOTION FOR LEAVE TO VOLUNTARILY PARTIALLY DISMISS

COMES NOW Plaintiff William Clinton, by and through Counsel, and pursuant to Rule 41, FRCP, herewith seeks leave of Court to voluntarily **dismiss with prejudice** his cause of action against **Defendants Rev. Maurice Nutt and Archbishop Justin Rigali** with their consent and at Plaintiff's costs.

**/s/ Richard L. Swatek**
Richard L. Swatek, F.B.N. #4509
Attorney for Plaintiff Clinton
720 Olive, Suite 1600
St. Louis, Missouri, 63101-2321
(314) 436-2000; FAX (314) 436-2002
email: rswatek@swateklaw.com

**CERTIFICATE OF SERVICE**

I certify that on January 22, 2004, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon Frank J. Kaveney, Attorney for Defendant Nutt, Judith A. Ronzio, Attorney for Defendant Board of Police Commissioners of the St. Louis Police Department, and Edward M. Goldenhersh and Tina R. Carter, Attorneys for Defendant The Archdiocese of St. Louis.

                                          **/s/ Richard L. Swatek**
                                          Richard L. Swatek, F.B.N. #4509
                                          Attorney for Plaintiff Clinton
                                          720 Olive, Suite 1600
                                          St. Louis, Missouri, 63101-2321
                                          (314) 436-2000; FAX (314) 436-2002
                                          email: rswatek@swateklaw.com