IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM CLINTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 4:02CV01857RWS |
| | ) |
| BOARD OF POLICE COMMISSIONERS OF | ) |
| THE ST. LOUIS METROPOLITAN POLICE | ) |
| DEPARTMENT, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## PLAINTIFF'S VOLUNTARILY PARTIAL DISMISSAL

COMES NOW Plaintiff William Clinton, by and through Counsel, and pursuant to Rule 41, FRCP, herewith voluntarily **dismisses with prejudice** his cause of action against **Defendants Rev. Maurice Nutt and Archbishop Justin Rigali** with their consent and at Plaintiff's costs.

/s/ Richard L. Swatek
Richard L. Swatek, F.B.N. #4509
Attorney for Plaintiff Clinton
720 Olive, Suite 1600
St. Louis, Missouri, 63101-2321
(314) 436-2000; FAX (314) 436-2002
email: rswatek@swateklaw.com