IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM CLINTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 4:02CV01857RWS |
| | ) |
| BOARD OF POLICE COMMISSIONERS OF | ) |
| THE ST. LOUIS METROPOLITAN POLICE | ) |
| DEPARTMENT, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO VOLUNTARILY DISMISS**

COMES NOW Plaintiff William Clinton, by and through Counsel, and pursuant to Rule 41, FRCP, herewith seeks leave of Court to voluntarily **dismiss with prejudice** his cause of action against **Defendant Board of Police Commmissioners** with its consent and at Plaintiff's costs.

Plaintiff's cause of action against all other Defendants having been previously dismissed, Plaintiff's Motion, if granted, disposes of this matter in its entirety as a voluntary dismissal with prejudice.

**/s/ Richard L. Swatek**
Richard L. Swatek, F.B.N. #4509
Attorney for Plaintiff Clinton
720 Olive, Suite 1600
St. Louis, Missouri, 63101-2321
(314) 436-2000; FAX (314) 436-2002
email: rswatek@swateklaw.com

**CERTIFICATE OF SERVICE**

     I certify that on March 16, 2004, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon Frank J. Kaveney, Attorney for Defendant Nutt, Judith A. Ronzio, Attorney for Defendant Board of Police Commissioners of the St. Louis Police Department, and Edward M. Goldenhersh and Tina R. Carter, Attorneys for Defendant The Archdiocese of St. Louis.

                                              **/s/ Richard L. Swatek**
                                              Richard L. Swatek, F.B.N. #4509
                                              Attorney for Plaintiff Irons
                                              720 Olive, Suite 1600
                                              St. Louis, Missouri, 63101-2321
                                              (314) 436-2000; FAX (314) 436-2002
                                              email: rswatek@swateklaw.com