IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM CLINTON, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 4:02CV01857RWS |
| BOARD OF POLICE COMMISSIONERS OF THE ST. LOUIS METROPOLITAN POLICE DEPARTMENT, *et al.,* | ) |
| Defendants. | ) |

## PROPOSED ORDER OF DISMISSAL

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that** Plaintiff William Clinton's Motion to Voluntarily Dismiss his claim against Defendant Board of Police Commissioners is **GRANTED**. This case is **DISMISSED** in its entirety at Plaintiff's costs.

Dated this ____ day of March, 2004

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE